**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Lentze Marina, Inc

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  22-1973873

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 75 1st Street<br>Hazlet, NJ 07734<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Monmouth<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Lentze Marina, Inc**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **71**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **USDC NJ Trenton** | **12/05/19** | **19-32740 MBK** |
| | | | |

Debtor **Lentze Marina, Inc** _____ Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Lentze Marina, Inc**  
Name                                    Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Lentze Marina, Inc**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 7, 2024**
MM / DD / YYYY

X **/s/ Jeffrey Lentze**                                    **Jeffrey Lentze**
Signature of authorized representative of debtor             Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Allen I. Gorski, Esq.**                              Date **September 7, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Allen I. Gorski, Esq.**
Printed name

**Gorski & Knowlton PC**
Firm name

**311 Whitehorse Ave**
**Suite A**
**Hamilton, NJ 08610**
Number, Street, City, State & ZIP Code

Contact phone  **609-964-4000**      Email address

**4239 NJ**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Lentze Marina, Inc**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Internal Revenue Service Bankruptcy Department PO Box 7346 Philadelphia, PA 19101-7346** | | | **Contingent** | | | $0.00 |
| **McDowell Law 46 West Main Street Maple Shade, NJ 08052** | | **counsel in prior confirmed Chapter 11 19-32740** | | | | $0.00 |
| **Monmouth County Sheriff 2500 Kozloski Road Freehold, NJ 07728** | | | | | | $0.00 |
| **New Jersey Attorney General Division of Law Richard J. Hughes Justice Complex 25 Market Street; PO Box 112 Trenton, NJ 08625** | | | | | | **Unknown** |
| **Steve Griegel, Esq. Roselli, Griegel, Lozier & Lazzaro 1337 Highway 33 Hamilton, NJ 08690** | | **counsel fees foreclosure defens** | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

**Fill in this information to identify the case:**

Debtor name: **Lentze Marina, Inc**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Tower DBW VI Trust 2016-1**<br>Creditor's Name<br>**50 South 16th Street**<br>**Suite 2050**<br>**Philadelphia, PA 19102**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2/7/17**<br>Last 4 digits of account number<br>**0002**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Township of Hazlet**<br>**2. Tower DBW VI Trust 2016-1** | Describe debtor's property that is subject to a lien<br>**Marina 75 1st Street Hazlet, NJ 477 x 250 IRR**<br><br>Describe the lien<br>**R.E. Tax lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $375,000.00 | $5,000,000.00 |
| **2.2** **Township of Hazlet**<br>Creditor's Name<br>**c/o Pellegrino and Feldman LLC**<br>**290 Route 46 West**<br>**Denville, NJ 07834**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2016**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Marina 75 1st Street Hazlet, NJ 477 x 250 IRR**<br><br>Describe the lien<br>**R.E. Tax lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $0.00 | $5,000,000.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor **Lentze Marina, Inc**     Case number (if known) _____
    Name

**0002**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$375,000.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hazlet Township**<br>**1766 Union Avenue**<br>**Hazlet, NJ 07730** | Line **2.2** | |
| **Honig & Greenberg**<br>**Tower DBW REO VI Trust 2016**<br>**1949 Berlin Road**<br>**Suite 200**<br>**Cherry Hill, NJ 08003-3737** | Line **2.1** | **4323** |

**Fill in this information to identify the case:**

Debtor name: **Lentze Marina, Inc**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Bankruptcy Department**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**New Jersey Attorney General**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street; PO Box 112**<br>**Trenton, NJ 08625**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Lentze Marina, Inc**  
         Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Lentze**<br>**15 Veronica Court**<br>**New Egypt, NJ 08533**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Notice only**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**McDowell Law**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>Date(s) debt was incurred **2019- present**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **counsel in prior confirmed Chapter 11 19-32740**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Monmouth County Sheriff**<br>**2500 Kozloski Road**<br>**Freehold, NJ 07728**<br>Date(s) debt was incurred **9/9/2024 Sheriff Sale**<br>Last 4 digits of account number **0821** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Steve Griegel, Esq.**<br>**Roselli, Griegel, Lozier & Lazzaro**<br>**1337 Highway 33**<br>**Hamilton, NJ 08690**<br>Date(s) debt was incurred **2023-2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **counsel fees foreclosure defens**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **New Jersey Division of Taxation**<br>**Compliance & Enforcement-Bankruptcy**<br>**3 John Fitch Way, 5th Floor**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **United States Attorney**<br>**615 Chestnut Street**<br>**Philadelphia, PA 19106** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **United States Attorney General**<br>**US Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Lentze Marina, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
**District of New Jersey**

In re  **Lentze Marina, Inc**  
Debtor(s)

Case No.  
Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,000.00** |
   | Prior to the filing of this statement I have received | $ **8,262.00** |
   | Balance Due | $ **1,738.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
   **For Chapter 7 and Chapter 13 cases, representation of the debtor(s) at the First Meeting of Creditors and first scheduled Confirmation hearing.
   For Chapter 11 cases, the above amount represents a retainer ONLY and Gorski & Knowlton PC will bill all services on an hourly basis and will file a fee application to fix the fees for services rendered by debtor's counsel for all work performed.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings. Gorski & Knowlton will bill the Debtor on an hourly basis for all services. The above-disclosed fee does not represent a fixed fee for legal services.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 7, 2024**  
*Date*

**/s/ Allen I. Gorski, Esq.**  
**Allen I. Gorski, Esq.**  
*Signature of Attorney*  
**Gorski & Knowlton PC**  
**311 Whitehorse Ave**  
**Suite A**  
**Hamilton, NJ 08610**  
**609-964-4000   Fax: 609-528-0721**  
*Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey**

In re **Lentze Marina, Inc**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 7, 2024**

**/s/ Jeffrey Lentze**
**Jeffrey Lentze**/**President**
Signer/Title

Hazlet Township
1766 Union Avenue
Hazlet, NJ 07730


Honig & Greenberg
Tower DBW REO VI Trust 2016
1949 Berlin Road
Suite 200
Cherry Hill, NJ 08003-3737


Internal Revenue Service
Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346


Jeffrey Lentze
15 Veronica Court
New Egypt, NJ 08533


McDowell Law
46 West Main Street
Maple Shade, NJ 08052


Monmouth County Sheriff
2500 Kozloski Road
Freehold, NJ 07728


New Jersey Attorney General
Division of Law
Richard J. Hughes Justice Complex
25 Market Street; PO Box 112
Trenton, NJ 08625


New Jersey Division of Taxation
Compliance & Enforcement-Bankruptcy
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


Steve Griegel, Esq.
Roselli, Griegel, Lozier & Lazzaro
1337 Highway 33
Hamilton, NJ 08690

```
Tower DBW VI Trust 2016-1
50 South 16th Street
Suite 2050
Philadelphia, PA 19102


Township of Hazlet
c/o Pellegrino and Feldman LLC
290 Route 46 West
Denville, NJ 07834


United States Attorney
615 Chestnut Street
Philadelphia, PA 19106


United States Attorney General
US Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044
```

# United States Bankruptcy Court
### District of New Jersey

In re **Lentze Marina, Inc**    Case No.

Debtor(s)    Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lentze Marina, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jeffrey Lentze**
**15 Veronica Court**
**New Egypt, NJ 08533**

☐ None [*Check if applicable*]

**September 7, 2024**
Date

**/s/ Allen I. Gorski, Esq.**
**Allen I. Gorski, Esq.**
Signature of Attorney or Litigant
Counsel for **Lentze Marina, Inc**
**Gorski & Knowlton PC**
**311 Whitehorse Ave**
**Suite A**
**Hamilton, NJ 08610**
**609-964-4000 Fax:609-528-0721**